## CLARK v. WARNER.

1. Replevin: ALTERNATIVE JUDGMENT. In an action of replevin a judgment which is in the alternative, allowing to the successful party an execution for the specific property, or, in case that cannot be found, then an execution for its value, is authorized by section 3563 of the Revision.

2. Jury and verdict: SPECIAL FINDINGS. To enable the special findings of the jury to overcome the general verdict, they must be manifestly inconsistent therewith.

*Appeal from Wapello Circuit Court.*

FRIDAY, JULY 28.

ACTION of replevin for certain quarried stone. There was a jury trial resulting in a verdict and judgment for plaintiff. The defendant appeals.

*S. W. Summers* for the appellant.

*W. W. Cory* and *E. L. Burton* for the appellee.

COLE, J. — The appellant assigns as error the giving of certain instructions; but the instructions are not contained

1. REPLEVIN: in the abstract, and hence we cannot deteralternative judgment. mine the questions sought to be made. Another error assigned is upon the form of the judgment which is in the alternative, allowing to plaintiff an execution for the specific property, or in case that cannot be obtained then, an execution for its value. This was substantially in accord with the provisions of our statute (Rev., § 3563), and was not erroneous.

There was both a general and special verdict by the jury. It is claimed that the latter is inconsistent with the former, because one of the special findings was, that the defendant contracted with the former owners of the stone before the levy of the execution under which plaintiff claims. But this is not necessarily inconsistent with the general verdict for plaintiff, since defendant may not have taken possession under his contract, or paid the consideration, or made the contract in good faith. The special verdict must be manifestly inconsistent with the general verdict, in order to defeat it. *Bonham* v. *The Iowa Central Insurance Co.*, 25 Iowa, 328.

2. **JURY AND VERDICT:** special findings.

Affirmed.